# EXHIBIT 3

# YCSO_2019-00057636_AXON_Body_2_Video_2019-12-11_Church Lot.mp4

Has been provided to the Court and Defense Counsel on a CD