UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | CRIMINAL ACTION NO. |
| *Plaintiff,* | 6:22-CR-1012-DCC |
| v. | |
| **LAWRENCE JOSEPH FLORENTINE,** | **NOTICE OF APPEAL** |
| *Defendant*. | |

Defendant Lawrence Florentine respectfully notifies the Court and opposing counsel that he intends to appeal his conviction and sentence. The written judgment was filed April 9, 2024.

Respectfully Submitted,

**_s/ Joshua Snow Kendrick_**
Joshua Snow Kendrick (Fed ID 9037)
KENDRICK & LEONARD, P.C.
7 Mills Avenue (29605)
P.O. Box 6938
Greenville, SC 29606
Tel: (864) 760-4000
Josh@KendrickLeonard.com

Greenville, South Carolina
April 12, 2024